EXHIBIT D
(Letter from City)



CITY OF CAMBRIDGE

INSPECTIONAL SERVICES DEPARTMENT 831 MASS. AVE.

CAMBRIDGE, MASSACHUSETTS 02139 (617) 349-6100

Ranjit Singanayagam
Commissioner

Date: 4/5/2018

Re: Signs @ 701 Concord Ave

Dear: Mike Mosca, and Shiva Ayyadurai

Based on a series of anonymous complaints an inspection was made at the above referenced property on Wednesday April 4th, 2018 and the Inspection revealed that there were signs displayed without approvals and permits from the Inspectional Services Department and violates Article 7, Section 7.10 of the City of Cambridge Zoning Ordinance.

These signs must be removed immediately.  Failure to do so, may result in fines up to $300.00 dollars per day and legal action.

If you have any questions you may call me at [617-349-9715](tel:617-349-9715).

Sincerely,

Branden Vigneault
City of Cambridge
Building Inspector

Cc:  File