EXHIBIT E

Mr. Branden Vigneault
City of Cambridge
831 Massachusetts Avenue
Cambridge, MA 02139

**DELIVERED Via Email and First Class Mail**

Dear Mr. Vigneault,

We have received your email message dated April 5, 2018.

We disagree with your allegations.  Can you kindly inform us exactly what section(s) of the referenced Cambridge Zoning Ordinance we are violating.

Thank you for your cooperation.

Sincerely,

*Mike Mosca*

Mike Mosca

---

**From:** Vigneault, Branden <bvigneault@cambridgema.gov>
**Sent:** Thursday, April 5, 2018 9:58 AM
**To:** moscam@msn.com
**Cc:** Singanayagam, Ranjit
**Subject:** Sign Complaint: 701 Concord Ave

Dear Mike Mosca,

Thank you speaking with me yesterday about the two billboards that are posted on the bus at 701 Concord Ave. Signs in Cambridge need a sign permit before posting, and need to comply with the Cambridge Zoning Ordinance first. Due to not having a permit for these two signs, they have to be removed immediately until you have the proper permit for them. You could also be charged up to $300 per day, until they are removed. Please consult Liza Paden from the Community Development Department regarding your signs as far as size, and any limitations that zoning might have.

Here is the website for sign certifications and contact information for Liza Paden.  http://www.cambridgema.gov/CDD/zoninganddevelopment/Signs