UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>SHIVA 4 SENATE,<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF CAMBRIDGE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 18-cv-10772(RWZ)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs move to dismiss this action with prejudice, each party to bear their own costs, and as grounds, states as follows:

This action was filed on April 22, 2018, and Defendant City of Cambridge was served on April 27, 2018. The Defendant has not filed an answer, response, or even a notice of appearance. There are no counterclaims to this action. Counsel for the Plaintiffs has conferred with Counsel for the Defendant regarding this Motion, and the Defendant does not oppose. Because the City of Cambridge has rescinded the April 5, 2018 Enforcement Order at issue in this action, the Plaintiffs believe dismissal is appropriate, as set forth more fully in the accompanying Declaration of Dr. Shiva Ayyadurai.

Accordingly, the Plaintiffs request that this action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Boston, MA | Dr. Shiva Ayyadurai |
| May 17, 2018 | By his attorneys, |

/s/ *Timothy Cornell*
Timothy Cornell, BBO #654412
Patrick J. Dolan, BBO #564250
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
(617) 535-7763 (main)
(617) 535-7650 (fax)
tcornell@cornelldolan.com

## CERTIFICATE OF CONFERENCE

In accordance with Rule 7.1, I certify that I have conferred with counsel for the City regarding this Motion, and the City does not oppose this Motion.

## CERTIFICATE OF NOTIFICATION

As the City has not yet entered an appearance in this matter and thus cannot receive ECF notice, I certify that I will notify the City of this motion, including a copy of the motion and accompanying memorandum, via First Class mail to:

> Law Department
> City of Cambridge
> 95 Massachusetts Avenue, # 320
> Cambridge, MA 02139

/s/ *Timothy Cornell*
Timothy Cornell