UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. SHIVA AYYADURAI,
SHIVA 4 SENATE,

    Plaintiffs,

v.   CIVIL ACTION NO. 18-cv-10772(RWZ)

CITY OF CAMBRIDGE,

    Defendant.

## DECLARATION OF DR. SHIVA AYYADURAI

Pursuant to 28 U.S.C. § 1746, Dr. Shiva Ayyadurai declares the following:

Whereas on April 5, 2018, the City of Cambridge threatened the Plaintiffs, Dr. Shiva Ayyadurai and the Shiva 4 Senate Campaign with a fine of $300 per day fine for displaying the signage, "Only a Real Indian Can Defeat the Fake Indian" on their campaign bus;

Whereas Plaintiff Dr. Shiva Ayyadurai is recognized as one of the nation's strongest proponents of the First Amendment and a fighter for truthful Free Speech, as embodied in the United States Constitution, given his history of defending free speech including:

1. Ensuring the rights for academic free speech to those scholars, researchers and scientists who seek to perform research and publish results that may expose the dangers of GMOs, without threats to their scientific careers by agro-biotechs such as Monsanto;

2. Fighting violators of truthful free speech such as Gawker Media, an organization whose entire business was based on a click-baiting revenue model that relied on writing false and defamatory articles to libel and character assassinate innocent people; and,

3. Being the Keynote Speaker at the August 19, 2017 Boston Free Speech Rally, where he spoke about the racism of Hillary Clinton, Joe Biden, Harry Reid, Robert Byrd and faced a mob of 40,000, who had been incited by Boston Mayor Marty Walsh and Massachusetts Governor Charlie Baker, who had purposefully mis-characterized the Rally as a "Nazi" and "White Supremacist" event.

Whereas, given Dr. Shiva Ayyadurai's history of defending the First Amendment, the Plaintiffs were compelled, by their beliefs in the principles of the U.S. Constitution, to file a lawsuit on April 22, 2018 to defend their rights to Freedom of Expression and Freedom of Speech to display the slogan only "Only a Real Indian Can Defeat the Fake Indian" on their campaign bus;

Whereas after filing the lawsuit, the Plaintiffs were ready to escalate the lawsuit and file a Motion for Preliminary Injunction on May 4, 2018, and accordingly informed the Defendants of their intention;

Whereas the Defendants, being fearful that the Preliminary Injunction being imposed on them would lead to the Defendants losing a federal lawsuit;

Whereas the Defendants being further fearful that the risk of discovery and depositions in a lawsuit would lead to exposing Elizabeth Warren's potential involvement in forcing the City's actions against the Plaintiffs;

Whereas given these imminent and tangible fears, the Defendants initiated negotiations leading to the following terms of surrender:

1. That the City of Cambridge unconditionally withdraws its April 5, 2018 Enforcement Order.

2. That the City confirms that the freedom of speech rights embodied in the First Amendment extend to the Plaintiffs and their vehicles.

3. That the Plaintiffs will not face any similar threats of fines or levies of such fines based on the facts described in the April 5, 2018 Enforcement Order.

Whereas, Plaintiffs Dr. Shiva Ayyadurai and the Shiva 4 Senate Campaign wish to focus on preserving the First Amendment rights to Freedom of Expression and Freedom of Speech for posterity, and not to be vindictive against the Defendants but rather to be magnanimous to the Defendants, and further recognizing that lawsuits are costly and time consuming to the Courts and taxpayers,

Therefore, the Plaintiffs accept the terms agreed upon with the City and the dismissal of this lawsuit with prejudice.

        Signed and declared by

        \S Shiva Ayyadurai
        _____
        Dr. Shiva Ayyadurai
        May 17, 2018