UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. SHIVA AYYADURAI,<br>SHIVA 4 SENATE,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF CAMBRIDGE,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action NO.: 1:18-cv-10772-RWZ<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIMITED APPEARANCE

To the Clerk of the Above Named Court:

Please enter my appearance on behalf of Defendant City of Cambridge (the "City") in the above entitled action for the limited purpose of appearing to file an Assent to Plaintiffs' Motion for Voluntary Dismissal and Motion to Strike. The City has not been served with the Complaint pursuant to Fed.R.Civ.P. Rule 4(j)(2), and does not waive any of its defenses to the Complaint, including insufficient service of process, pursuant to Fed.R.Civ.P. Rule 12(b)(5).

CITY OF CAMBRIDGE

By its Attorney,

**/s/ Megan B. Bayer**

_____
Megan B. Bayer (BBO# 669494)
City of Cambridge Law Department
Cambridge City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
(617) 349-4121
mbayer@cambridgema.gov

DATED:    May 18, 2018

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true copy of the above document was served upon the following of record via ECF:

Timothy Cornell<br>
Patrick Dolan<br>
Cornell Dolan, P.C.<br>
One International Place, Suite 1400<br>
Boston, MA 02110

Dated: May 18, 2018

        **/s/ Megan B. Bayer**

        Megan B. Bayer