# EXHIBIT A



**City of Cambridge**
**Inspectional Services Department**
831 Massachusetts Ave.
617-349-6100

May 11, 2018

BY CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

Dr. Shiva Ayyadurai
701 Concord Avenue
Cambridge, MA 02139

Re:   **Rescission of Enforcement Order Re: 701 Concord Avenue**

Dear Dr. Ayyadurai,

Please be advised that as the Commissioner of the City of Cambridge Inspectional Services Department ("ISD"), I hereby rescind the Enforcement Order (the "Order") dated April 5, 2018, and issued by ISD, concerning the sign displayed on a bus parked at 701 Concord Avenue, based upon representations regarding the use of the bus for events and driving it to different locations. A copy of the Order is attached for your reference.

Sincerely,

Ranjit Singanayagam
Commissioner



CITY OF CAMBRIDGE
INSPECTIONAL SERVICES DEPARTMENT 831 MASS. AVE.
CAMBRIDGE, MASSACHUSETTS 02139 (617) 349-6100

Ranjit Singanayagam
Commissioner

Date: 4/5/2018

Re: Signs @ 701 Concord Ave

Dear: Mike Mosca, and Shiva Ayyadurai

Based on a series of anonymous complaints an inspection was made at the above referenced property on Wednesday April 4th, 2018 and the Inspection revealed that there were signs displayed without approvals and permits from the Inspectional Services Department and violates Article 7, Section 7.10 of the City of Cambridge Zoning Ordinance.

These signs must be removed immediately. Failure to do so, may result in fines up to $300.00 dollars per day and legal action.

If you have any questions you may call me at 617-349-9715.

Sincerely,

Branden Vigneault
City of Cambridge
Building Inspector

Cc: File